PRUDENTIAL PAPER CO., INC., v. ASHLAND PRESS, INC.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure the record on appeal and appellant's points to be filed on or before December 5, 1930, with notice of argument for December 18, 1930. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. CHARLES T. BAIRD and Others.— Motion granted to the extent of extending appellants' time within which to serve and file the record on appeal and appellants' points to and including December 8, 1930, with notice of argument for January 6, 1931. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

WILLARD D. ROCKEFELLER v. THE EIGHTY-SEVENTH STREET AND EAST END AVENUE CORPORATION.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure appellant's points to be filed on or before December 4, 1930, with notice of argument for December 16, 1930. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

ELLA E. HERSTEIN, Appellant, v. NEW YORK TELEPHONE COMPANY, Respondent.*— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.; Martin, J., dissents.

JOHN J. SHEEHAN, JR., Respondent, v. VALERIE ACHTSCHIN SHEEHAN, Appellant. —Appeal discontinued, without costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of MAY H. RITCHEY and BENNETT E. SIEGELSTEIN, as Executors, etc., of DANIEL P. RITCHEY, Deceased. ANNIE HERBST and JOSEPH HERBST, Executors, etc., of JOSEPH H. HERBST, Deceased, Appellants.— Decree affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

LOIS WEATHERBEE, Appellant, v. CLAUDE S. NEWMAN and Others, Individually and as Copartners, etc., Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANTONINO MONTFORTE and MICHAEL MCCLOSKEY, Appellants.— Judgment affirmed. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

JAMES H. CASSIDY, Respondent, v. DAIRY PRODUCTS SERVICE STATION, INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ABRAHAM CHICHANSKY, Appellant.— Judgment modified by reducing sentence to the time already served, and as so modified affirmed. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

EDWARD PROPERTIES, INC., Appellant, v. 168 EAST FIFTY-FIRST CORPORATION, Respondent.— Order entered May 21, 1930, so far as appealed from affirmed, with ten dollars costs and disbursements. Appeal from order denying motion for reargument dismissed, without costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.